

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

December 6, 2022

**Via CM/ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

      Re:  *Nat'l Shooting Sports Foundation v. Matthew J. Platkin*,
            Civil Action No. 22-cv-6646

Dear Judge Quraishi,

    The parties jointly submit the enclosed Consent Order setting a briefing schedule for Plaintiff's Motion for Preliminary Injunction (ECF 4) and holding Defendant's deadline to answer or respond to the Complaint in abeyance pending resolution of that motion. The Order would extend Defendant's time to oppose the Motion for Preliminary Injunction from December 9 to December 23, 2022, and would extend Plaintiff's time to file a reply from December 12 to January 10, 2023. If the foregoing meets with Your Honor's approval, we respectfully request that the Court enter the enclosed as an Order of the Court.

    Thank you very much for Your Honor's consideration of this request.



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Tim Sheehan
        Tim Sheehan
        Deputy Attorney General

cc:   All counsel of record (via CM/ECF)