UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| National Shooting Sports Foundation,<br><br>Plaintiff,<br><br>vs.<br><br>Matthew J. Platkin,<br>Attorney General of New Jersey,<br><br>Defendant. | C.A. No. 3:22-cv-06646<br><br>CONSENT ORDER FOR AMENDED BRIEFING AND PLEADING SCHEDULE |

The Court in this matter having entered a text Order on November 28, 2022 establishing deadlines for the filing of (i) defendant's opposition to plaintiff's motion for preliminary injunctive relief filed on November 23, 2022 and (ii) plaintiff's reply thereto; and plaintiff's motion having originally been noticed for December 19, 2022; and the parties having consulted and jointly requested a modified briefing schedule extending the dates for the filing of their opposition and reply papers, respectively; and the parties having consented to the form, substance and entry of this Order; and for good cause shown,

IT IS on this __9th__ day of __December__, 2022 hereby

**ORDERED AS FOLLOWS:**

1. Defendant's opposition to plaintiff's motion shall be filed on or before December 23, 2022.

2. Plaintiff's reply papers shall be filed on or before January 10, 2023.

3. Plaintiff's motion is rescheduled from December 19, 2022 to January 17, 2023.

4. Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is adjourned until the Court disposes of Plaintiff's motion for preliminary injunctive relief or otherwise orders.

4895-9776-3136.1

_____
Hon. Zahid N. Quraishi, U.S.D.J

We hereby consent to the form, substance and entry of the above Order.

_____
**Jonathan M. Preziosi, Esq.**
**Lewis, Brisbois, Bisgaard & Smith, LLP**
**Attorneys for Plaintiffs**

Dated: December 6, 2022

_____
**Tim Sheehan, Deputy Attorney General**

Dated: December ___, 2022

4895-9776-3136.1  2

_____
Hon. Zahid N. Quraishi, U.S.D.J

We hereby consent to the form, substance and entry of the above Order.

_____
Jonathan M. Preziosi, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
Attorneys for Plaintiffs

Dated: December 6, 2022

_____
Tim Sheehan, Deputy Attorney General

Dated: December 6, 2022

4895-9776-3136.1  2