UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NATIONAL SHOOTING SPORTS
FOUNDATION,

    Plaintiff,

v.

MATTHEW J. PLATKIN,
ATTORNEY GENERAL OF NEW JERSEY,

    Defendant.

Civil Action No. 22-6646 (ZNQ) (TJB)

ORDER

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion for a Preliminary Injunction ("the Motion", ECF No. 4) filed by Plaintiff National Shooting Sports Foundation ("NSSF"). Defendant Matthew J. Platkin, Attorney General of New Jersey, opposed the Motion (ECF No. 11), and NSSF filed a reply. (ECF No. 16.) Having reviewed the submissions filed in connection with the Motion, for the reasons set forth in the accompanying Opinion, and other good cause shown,

    **IT IS** on this day of **January 31, 2023**,

    **ORDERED** that NSSF's Motion for a Preliminary Injunction (ECF No. 4) is hereby **GRANTED**; and it is further

    **ORDERED** that Defendant and any state officers acting in concert with him or under his direction or authority, be and hereby are preliminarily enjoined from enforcing the provisions of N.J.S.A. 2C:58-35.

                                                           ZAHID N. QURAISHI
                                                          UNITED STATES DISTRICT JUDGE