MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant

By:   Tim Sheehan (ID: 179892016)
      Deputy Attorney General
      (609) 815-2604
      Tim.Sheehan@njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey,<br><br>　　　　　Defendant. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:22-cv-6646<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendant Matthew J. Platkin, Attorney General of the State of New Jersey, hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Third Circuit from the January 31, 2023 Opinion and Order of the District Court which granted Plaintiff's Motion for a Preliminary Injunction and entered an injunction against Defendant (Docket No. 17 & 18).

                    MATTHEW J. PLATKIN
                    ATTORNEY GENERAL
                    OF NEW JERSEY

By:   /s/ Tim Sheehan
       Tim Sheehan
       Deputy Attorney General

Dated: February 2, 2023