**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **National Shooting Sports Foundation,** | |
| **Plaintiff,** | C.A. No. 3:22-cv-06646 |
| **vs.** | |
| **Matthew J. Platkin,**<br>**Attorney General of New Jersey,** | **CONSENT ORDER FOR**<br>**AMENDED BRIEFING AND**<br>**PLEADING SCHEDULE** |
| **Defendant.** | |

The Court in this matter having entered an Opinion and Order on January 31, 2023 granting Plaintiff's motion for a Preliminary Injunction; and the court having previously entered a modified briefing schedule adjourning the Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint until the Court disposed of Plaintiff's motion for a Preliminary Injunction or otherwise orders; and Defendant having filed a notice of appeal from the Court's January 31, 2023 Opinion and Order and represented that he intends to file a motion for a stay of the Opinion and Order pending appeal; and the parties having consented to the form, substance and entry of this Order; and for good cause shown,

IT IS on this __3rd__ day of __February__, 2023 hereby

**ORDERED AS FOLLOWS:**

1. Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is adjourned until further order of the Court.

s/ Zahid N. Quraishi
_____
**Hon. Zahid N. Quraishi, U.S.D.J**

We hereby consent to the form, substance and entry of the above Order.

Brian C. Deeney, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
Attorneys for Plaintiff

Dated:  February 2 , 2023


Tim Sheehan, Deputy Attorney General
Dated:  February 2 , 2023