

| PHILIP D. MURPHY<br>*Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
|---|---|---|
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

February 3, 2023

<u>Via CM/ECF</u>
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    Re: *Nat'l Shooting Sports Foundation v. Matthew J. Platkin*,
       Civil Action No. 22-cv-6646

Dear Judge Quraishi,

  The parties jointly submit the enclosed Consent Order setting an expedited briefing schedule on Defendant's forthcoming motion for a stay pending appeal. If the foregoing meets with Your Honor's approval, we respectfully request that the Court enter the enclosed as an Order of the Court.

  We appreciate Your Honor's consideration of this request.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

     By: /s/ Tim Sheehan
        Tim Sheehan
        Deputy Attorney General

cc: All counsel of record (via CM/ECF)

