# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **National Shooting Sports Foundation,**<br><br>Plaintiff,<br><br>vs.<br><br>**Matthew J. Platkin,**<br>**Attorney General of New Jersey,**<br><br>Defendant. | C.A. No. 3:22-cv-06646<br><br>**CONSENT ORDER FOR AMENDED BRIEFING AND PLEADING SCHEDULE** |

The Court in this matter having entered an Opinion and Order on January 31, 2023 granting Plaintiff's motion for a Preliminary Injunction; and Defendant having filed a notice of appeal from the Court's January 31, 2023 Opinion and Order and represented that he intends to file a motion for a stay pending appeal; and the parties having agreed to an expedited briefing schedule consistent with L.A.R. 27.7 for Defendant's forthcoming motion for a stay pending appeal; and the parties having consented to the form, substance and entry of this Order; and for good cause shown,

**IT IS** on this _____ day of _____, 2023 hereby

### ORDERED AS FOLLOWS:

1. Defendant's motion for a stay pending appeal shall be filed on or before February 7, 2023.

2. Plaintiff's opposition to Defendant's motion shall be filed on or before February 14, 2023.

3. Defendant's reply (unless waived) shall be filed on or before February 17, 2023.

_____
**Hon. Zahid N. Quraishi, U.S.D.J**

4895-9776-3136.1

We hereby consent to the form, substance and entry of the above Order.

*/s/ Brian C. Deeney*

--------------------------------------

**Brian C. Deeney, Esq.**
**Lewis, Brisbois, Bisgaard & Smith, LLP**
**Attorneys for Plaintiffs**

**Dated:  February 3, 2023**

--------------------------------------

**Tim Sheehan, Deputy Attorney General**

**Dated:  February ___, 2023**

We hereby consent to the form, substance and entry of the above Order.

/s/ *Brian C. Deeney*
_____
Brian C. Deeney, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
Attorneys for Plaintiffs

Dated: February 3, 2023

_____
Tim Sheehan, Deputy Attorney General

Dated: February 3, 2023

4895-9776-3136.1 2