MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant

By:   Tim Sheehan (ID: 179892016)
      Deputy Attorney General
      (609) 815-2604
      Tim.Sheehan@njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>            Plaintiff,<br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey,<br><br>            Defendant. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:22-cv-6646<br><br>**NOTICE OF MOTION FOR STAY PENDING APPEAL** |

PLEASE TAKE NOTICE that on March 6, 2023, or on an earlier date in accordance with the Consent Order for Amended Briefing and Pleading Schedule previously entered by the Court (ECF 24), the undersigned, Matthew J. Platkin, Attorney General of the State of New Jersey, by Tim Sheehan, Deputy Attorney General, on behalf of Defendant, shall move before the Honorable Zahid N. Quraishi,

U.S.D.J., in the United States Courthouse, Trenton, New Jersey, for a stay pending appeal of the District Court's January 31, 2023 Opinion and Order (ECF 17 & 18).

PLEASE TAKE NOTICE that the undersigned will rely on the attached Brief and Declaration of Ravi Ramanathan in support of the motion.

A proposed form of Order is attached hereto.

>MATTHEW J. PLATKIN
>ATTORNEY GENERAL OF NEW JERSEY
>
>By: /s/ Tim Sheehan
>Tim Sheehan
>Deputy Attorney General

Dated: February 7, 2023