MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant

By:   Tim Sheehan (ID: 179892016)
      Deputy Attorney General
      (609) 815-2604
      Tim.Sheehan@njoag.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey,<br><br>Defendant. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:22-cv-6646<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Defendant Matthew J. Platkin, Attorney General of the State of New Jersey, on a Motion For Stay Pending Appeal of this Court's January 31, 2023 Opinion and Order (ECF 17 & 18); and notice having been given to all parties; and in consideration of the submissions of the parties; and for good cause shown,

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that Defendant's Motion for a Stay Pending Appeal is hereby **GRANTED**; it is further

**ORDERED** that the January 31, 2023 Opinion and Order are stayed pending resolution of Defendant's appeal of same in the U.S. Court of Appeals for the Third Circuit.

_____
Hon. Zahid N. Quraishi, U.S.D.J.