UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATIONAL SHOOTING SPORTS FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW J. PLATKIN, ATTORNEY GENERAL OF NEW JERSEY,**<br><br>Defendant. | Civil Action No. 22-6646 (ZNQ) (TJB)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion for a Stay Pending Appeal ("the Motion", ECF No. 25) filed by Defendant Matthew J. Platkin, in his official capacity as the Attorney General of the State of New Jersey ("Defendant"). Plaintiff National Shooting Sports Foundation opposed the Motion (ECF No. 27), and Defendant replied (ECF No. 28). Having reviewed the submissions filed in connection with the Motion, for the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this **3rd** day of **March 2023**,

**ORDERED** that Defendant's Motion for a Stay Pending Appeal (ECF No. 25) is hereby **DENIED.**

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**