# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>Defendant. | Case No. 3:22-cv-6646<br><br>**ORDER** |

WHEREAS, on August 17, 2023, the U.S. Court of Appeals for the Third Circuit ADJUDGED and ORDERED that the order of this Court entered January 31, 2023, be VACATED and that this cause was REMANDED for DISMISSAL for lack of jurisdiction with costs taxed against Plaintiff, and its mandate was issued on September 8, 2023 (Docket No. 32);

THEREFORE,

IT IS ON THIS _____ day of _____, 20____

ORDERED that the Judgment of the U.S. Court of Appeals for the Third Circuit be, and the same hereby is, IMPLEMENTED, and that this action is DISMISSED without prejudice.

At Trenton, New Jersey

                                                                             Zahid N. Quraishi, U.S.D.J.