# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, *Plaintiff*, v. MATTHEW J. PLATKIN, Attorney General of New Jersey, *Defendant*. | No. 3:22-cv-06646-ZNQ-TJB |

## NOTICE OF APPEARANCE

Please take notice that Daniel L. Schmutter, Esq. of Hartman & Winnicki, P.C. hereby enters his appearance on behalf of Plaintiff National Shooting Sports Foundation in the above-captioned action.

s/ Daniel L. Schmutter
Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
(201) 967-0590 (fax)
dschmutter@hartmanwinnicki.com

February 6, 2025

1