

**State of New Jersey**

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | JEREMY M. FEIGENBAUM<br>*Solicitor General* |

February 12, 2025

**Via ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Nat'l Shooting Sports Foundation v. Platkin*
           Docket No. 3:22-cv-06646-ZNQ-TJB

Dear Judge Quraishi:

    This office represents Defendant Matthew J. Platkin in the above-listed case. We are in receipt of Plaintiff's Motion to Reopen the Case and For Leave to Amend the Complaint, filed on February 6, 2025. Pursuant to Local Rule 7.1(d)(5), we request an automatic 14-day clerk's extension, which would adjourn the return date for this motion from March 3, 2025 to March 17, 2025. No prior extensions have been requested for this motion.

                    Respectfully submitted,

                    MATTHEW J. PLATKIN
                    ATTORNEY GENERAL OF NEW JERSEY

                    By: /s/ Tim Sheehan
                         Tim Sheehan
                         Deputy Attorney General

cc: All counsel (via ECF)

