

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625

**MATTHEW J. PLATKIN**
*Attorney General*

**JEREMY M. FEIGENBAUM**
*Solicitor General*

February 25, 2025

**<u>Via ECF</u>**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Nat'l Shooting Sports Foundation v. Platkin*
           Docket No. 3:22-cv-06646-ZNQ-TJB

Dear Judge Quraishi:

    This office represents Defendant Matthew J. Platkin in the above-listed case. Pursuant to the Court's February 13, 2025 docket entry, the State's opposition to Plaintiff's motion to reopen the case and for leave to amend the complaint (ECF No. 36) is currently due on March 3, 2025. We write to respectfully request that the deadline for the State's brief be extended to March 10, 2025, to ensure that our office has sufficient time to finalize its brief in light of the competing responsibilities of the attorneys handling this case. Counsel for Plaintiff has consented to this request.

    If the foregoing is acceptable with Your Honor, we respectfully request that the Court "So Order" this letter in the space indicated below. Thank you very much for your kind consideration of this request.



HUGHES JUSTICE COMPLEX · TELEPHONE: (862) 350-5800 FAX: (609) 292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

February 25, 2025  
Page 2 of 2

Respectfully submitted,

MATTHEW J. PLATKIN  
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Tim Sheehan  
Tim Sheehan  
Deputy Attorney General

**SO ORDERED**  
s/ Zahid N. Quraishi  
**ZAHID N. QURAISHI**  
**UNITED STATES DISTRICT JUDGE**  
DATED: 02/26/2025