LAW OFFICES
# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

\* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

\* \* \*

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

March 5, 2025

**VIA ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Nat'l Shooting Sports Foundation v. Platkin
Docket No. 3:22-cv-06646-ZNQ-TJB**

Dear Judge Quraishi:

We represent Plaintiff National Shooting Sports Foundation.

In accordance with Your Honor's direction, the parties have conferred and have agreed that Plaintiff's reply brief in connection with the pending motion to reopen the case and for leave to file an amended complaint should be submitted no later than March 24, 2025.

If Your Honor concurs, kindly So Order this letter below.

Thank you.

Respectfully submitted,

s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER

DLS/lcs
Cc:   Timothy Sheehan (via ECF)

SO ORDERED:

_____
Hon. Zahid N. Quraishi, U.S.D.J.