LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *º<br>Richard L. Ravin *º□<br>Daniel L. Schmutter*<br>Andrew T. Wolfe* | 74 PASSAIC STREET<br>RIDGEWOOD, NEW JERSEY 07450<br><br>* * *<br><br>WEBSITE<br>www.hartmanwinnicki.com | Phone: (201) 967-8040<br>Fax:   (201) 967-0590 |
| * New York and New Jersey Bars<br>º Florida Bar<br>□ Washington, D.C. Bar<br>◊ New Jersey Bar | | Porter E. Hartman (1920-2009)<br>Charles R. Buhrman (1938-1994)<br>William T. Marsden (1943-1993)<br>Cyrus D. Samuelson (1911-1998) |

March 5, 2025

**VIA ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        **Re: Nat'l Shooting Sports Foundation v. Platkin**
        **Docket No. 3:22-cv-06646-ZNQ-TJB**

Dear Judge Quraishi:

    We represent Plaintiff National Shooting Sports Foundation.

    In accordance with Your Honor's direction, the parties have conferred and have agreed that Plaintiff's reply brief in connection with the pending motion to reopen the case and for leave to file an amended complaint should be submitted no later than March 24, 2025.

    If Your Honor concurs, kindly So Order this letter below.

    Thank you.

                                             Respectfully submitted,

                                             s/ Daniel L. Schmutter
                                             DANIEL L. SCHMUTTER

DLS/lcs
Cc:    Timothy Sheehan (via ECF)

                                             **SO ORDERED**
                                             s/ Zahid N. Quraishi
                                             **ZAHID N. QURAISHI**
                                             **UNITED STATES DISTRICT JUDGE**
                                             DATED: 03/06/2025