AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| National Shooting Sports Foundation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-6646 |
| Matthew J. Platkin | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew J. Platkin, in his official capacity as Attorney General of New Jersey.

Date: 03/07/2025

/s/Jonathan B. Mangel
*Attorney's signature*

Jonathan B. Mangel (NJ Bar No. 281382018)
*Printed name and bar number*

124 Halsey Street, 5th Floor
Newark, NJ 07101

*Address*

jonathan.mangel@law.njoag.gov
*E-mail address*

(609) 696-5366
*Telephone number*

(973) 648-4887
*FAX number*