**Clement & Murphy**

PLLC

April 8, 2025

**VIA ECF**

The Honorable Zahid N. Quraishi, U.S. District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re:   *National Shooting Sports Foundation v. Platkin*, No. 3:22-cv-06646-ZNQ-TJB

Dear Judge Quraishi:

   Pursuant to this Court's Letter Order of April 2, 2025, counsel for Plaintiff National Shooting Sports Foundation and Defendant Matthew J. Platkin (together, "the Parties") have conferred and respectfully submit the following joint proposed briefing schedule:

1) Plaintiff shall file its motion for a preliminary injunction by April 11, 2025.

2) Defendant shall file its opposition to Plaintiff's motion for a preliminary injunction by May 16, 2025.

3) Plaintiff shall file its reply in support of its motion for a preliminary injunction by May 30, 2025.

4) The Court has notified the Parties that it has set aside June 25, 2025 at 10:30 a.m. for a hearing. The Parties believe that a one-hour oral argument with thirty minutes allocated for each side would be appropriate. Neither side intends to call any witnesses to give live testimony at the hearing.

Respectfully submitted,

s/Tim Sheehan
TIM SHEEHAN
OFFICE OF THE NEW JERSEY
ATTORNEY GENERAL
25 Market Street
Trenton, NJ 08625
(609) 815-2604
tim.sheehan@njoag.gov

Counsel for Defendant

MATTHEW D. ROWEN
(admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

s/ Daniel L. Schmutter
DANIEL L. SCHMUTTER
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com

Counsel for Plaintiff

cc:   All counsel (via ECF)